IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:13-CV-262-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MAKONI PERSONAL PROPERTY, | ) |
| SPECIFICALLY DESCRIBED AS: | ) |
| $421.00 IN U. S. CURRENCY, AND | ) |
| $2,400.00 IN AMERICAN EXPRESS GIFT | ) |
| CARDS, | ) |
| | ) |
| Defendants. | ) |

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 22nd day of October, 2013.

_Julie A. Richards_
JULIE A. RICHARDS, Clerk
U. S. District Court
Eastern District of North Carolina

1